UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

WILLIAM MORRISON,

Defendant.

**SPECIAL INFORMATION**

11-CR-377 (GTS)

---

THE UNITED STATES OF AMERICA, pursuant to Title 21, United States Code Section 851, hereby files this Special Information with the Court stating in writing previous drug felony offense convictions to be relied upon by the government in seeking to have the defendant sentenced to increased punishment by reason of the prior convictions. Specifically, on or about March 10, 2010, the defendant, **WILLIAM MORRISON**, was convicted in Columbia County Court of: (a) Criminal Possession of a Controlled Substance in the Third Degree (Case No. 09-030A), in violation of New York State Penal Law Section 220.16(12), a Class B felony, and (b) Criminal Possession of Marihuana in the Third Degree (Case No. 09-030A), in violation of New York State Penal Law Section 221.10, a Class E felony, and was sentenced to a concurrent five (5) year probation sentence, though the offenses of conviction each carried a potential penalty in excess of one year.

                                      RICHARD S. HARTUNIAN
                                      UNITED STATES ATTORNEY

BY: *Robert A. Sharpe*
                              ROBERT A. SHARPE
                              ASSISTANT U.S. ATTORNEY
                              BAR ROLL # 302573