UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Information** |
| v. | : | Crim. No. 11-CR-377 (GTS) |
| **WILLIAM MORRISON,** | : | Vio:   21 U.S.C §§ 846, 841(a)(1) and (b)(1)(C) |
| Defendant. | : | (1 Felony Count) |

------------------------------------

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

**Conspiracy to Possess With Intent to Distribute
and to Distribute Cocaine Base (Crack) and Cocaine**

That from on or before June 1, 2008, the exact date being unknown, and continuing thereafter up to and including June 28, 2010, in the State and Northern District of New York, **WILLIAM MORRISON,** the defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with others, including Rasheed Daniels and Joel Dorval, to possess with intent to distribute and to distribute a controlled substance, which offense involved a mixture and substance containing cocaine base (crack) and cocaine (powder), both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

**THE UNITED STATES ATTORNEY FURTHER ALLEGES THAT:**

THE UNITED STATES OF AMERICA, pursuant to Title 21, United States Code Section 851, hereby files this Special Information with the Court stating in writing previous drug felony offense convictions to be relied upon by the government in seeking to have the defendant sentenced to increased punishment by reason of the prior convictions.

1. Defendant **WILLIAM MORRISON** committed the above offense after a prior conviction for a felony drug offense became final, namely:

    (a) On or about March 10, 2010, the defendant was convicted in Columbia County Court of Criminal Possession of a Controlled Substance in the Third Degree, a Class B felony, in violation of Section 220.39(12) of the New York State Penal Law. The crime of Criminal Possession of a Controlled Substance in the Third Degree in violation of Section 220.39(12) of the New York State Penal Law is a felony within the meaning of Title 21, United States Code § 802(44) under the laws of the State of New York that prohibit and restrict conduct relating to narcotic drugs; and

    (b) On or about March 10, 2010, the defendant was convicted in Columbia County Court of Criminal Possession of Marijuana in the Third Degree, a Class E felony, in violation of Section 221.20 of the New York State Penal Law. The crime of Criminal Possession of Marijuana in the Third Degree in violation of Section 221.20 of the New York State Penal Law is a felony within the meaning of Title 21, United States Code § 802(44) under the laws of the State of New York that prohibit and restrict conduct relating to narcotic drugs.

2. Each of the foregoing prior final drug felony convictions affect the penalty provisions of Title 21, United States Code, Sections 841(b)(1)(C), which apply to Count 1, and subjects the defendant to enhanced penalties.

RICHARD S. HARTUNIAN
UNITED STATES ATTORNEY

By: *Robert A. Sharpe*
Robert A. Sharpe
Assistant United States Attorney
Bar Roll # 302573